UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LANAE AIRES, et al., | CASE NO. 3:14-cv-584-LRH-VPC |
| Plaintiff(s), | ORDER |
| vs. | |
| ANNETTE GERALDINE KUSE-RICH, | |
| Defendant. | |

This case is currently scheduled for trial on the stacked calendar of August 23, 2016.

IT IS ORDERED that this case is referred to The Honorable Valerie P. Cooke for the purpose of conducting a settlement conference.

DATED this 16th day of December, 2015.

LARRY R. HICKS
U.S. DISTRICT JUDGE